AO 91 (Rev. 11/11)  Criminal Complaint | Officer: | AUSA: Susan E. Fairchild | Telephone: (313) 226-9577
| | | Hector Rivera | Telephone: (313) 771-6645

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Lincoln DOUGLAS, a/k/a
David Horatio DOUGLAS

Case No.

Case: 2:24-mj-30233
Assigned To : Unassigned
Assign. Date : 6/18/2024
Description: RE: LINCOLN
DOUGLAS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 05, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about June 05, 2024, in the Eastern District of Michigan, Southern Division, Lincoln DOUGLAS, an alien from Jamaica was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 16, 2008, at or near Miami, Florida and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Hector Rivera, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 18, 2024__

City and state: __Detroit, MI__

*Judge's signature*
David R. Grand
~~R. Steven Whalen,~~ United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Hector Rivera, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since February 2007. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Lincoln DOUGLAS, which reveal the following:

2. Lincoln DOUGLAS also known as "David Horatio DOUGLAS" is a fifty-two-year-old citizen and a native of Jamaica who last entered the United States on an unknown date, at an unknown place, without inspection by the U.S. Department of Homeland Security.

3. On January 17, 1996, the Immigration and Naturalization Service (INS) encountered DOUGLAS at or near Philadelphia, Pennsylvania and served DOUGLAS with an Order to Show Cause and Notice of Hearing. On December 22, 1997, an Immigration Judge in Philadelphia, Pennsylvania ordered Douglas deported from the United States to Jamaica.

4. On February 23, 2008, the Detroit Immigration and Customs Enforcement (ICE) Fugitive Operations Team encountered DOUGLAS at or near Detroit, Michigan, and processed DOUGLAS as a Final Order of Removal (Bag and Baggage). On April 16, 2008, ICE removed DOUGLAS from the United States to Jamaica via Miami, Florida.

5. On July 8, 2019, based on an ICE tipline report, ICE Officers conducted surveillance on XX214 Marlowe Street in Detroit, MI on a previously removed non-citizen believed to be back in the United States without inspection by the U.S. Department of Homeland Security. ICE Officers witnessed a black male, matching the description of DOUGLAS, exit the front door of the residence and enter a black vehicle that was parked in the driveway, the vehicle further identified as a black 2004 Honda Accord, bearing Michigan DYT 6377. ICE Officers followed the vehicle, and conducted a vehicle stop on northbound Greenfield north of Grand River. ICE Officers contacted the driver, who presented a Michigan Identification card, bearing the name of Miles Jonathan Moore, DOB: XX/XX/1971,

with an address on James Street in Oak Park, Michigan. The photograph on the State of Michigan Identification card, matched the photograph of DOUGLAS.

6. As ICE Officers attempted to confirm the identity of the driver utilizing a portable fingerprint scanner DOUGLAS turned the vehicle back on and fled the scene at a high rate of speed, after repeatedly being told to turn the car off and not to leave, narrowly missing the officers on either side of the car.

7. On the following day a federal search warrant was authorized and executed at the residence on Marlowe Street in Detroit. During the search of the residence approximately six pounds of marijuana was located along with one box of .38 caliber ammunition.

8. On June 5, 2024, the ICE Fugitive Operations Team traveled to the area of Fenkell Street and Ohio in Detroit, Michigan in search of a noncitizen Lincoln DOUGLAS, who is the target of an approved Field Operations Worksheet. At approximately 09:30 a.m., an unknown black female (UBF) driver, with two unknown black males (UBM) passengers, one male individual matching the physical description of DOUGLAS arrived at the establishment in a silver colored Volkswagon Routan bearing MI license plate EMS8182, a vehicle also known to be utilized by DOUGLAS.

9. At approximately 11:15 a.m., ICE Officers observed the UBM matching the physical description of DOUGLAS enter the Silver colored Volkswagon as the driver, depart the establishment parking lot and arrive at the Family Dollar at or near Wyoming Avenue and Ellsworth Street in Detroit, Michigan. Shortly after, ICE Officers observed the UBM matching the physical description of DOUGLAS exit the Family Dollar, enter the Silver colored Volkswagon as the driver, depart the establishment parking lot and drive back towards the area of Fenkell Street and Ohio in Detroit, Michigan. ICE Officers identified the UBM matching the physical description of DOUGLAS as the driver of the silver-colored Volkswagen Routan bearing MI license plate EMS8182 via a photo from the approved Field Operations Worksheet.

10. ICE Officer initiated a vehicle stop with ICE issued visible red and blue emergency lights at or near the establishment parking lot on Fenkell Street and Ohio Street. DOUGLAS failed to stop and proceeded to evade ICE Officers almost impacting multiple ICE Law enforcement vehicles while driving away at a high rate of speed. ICE Officers continued surveillance and followed DOUGLAS as he continued to flee ICE Officers. Shortly

after, ICE Officers terminated surveillance and deactivated ICE issued visible red and blue emergency lights due to DOUGLAS traveling at a high rate of speed- disregarding bystanders and all traffic laws.

11. Review of records from the Alien File (A# XXX XXX 928) for DOUGLAS and Department of Homeland Security electronic records, revealed that DOUGLAS, did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal from the United States on April 16, 2008.

12. Based on the above information, I believe there is probable cause to conclude that Lincoln DOUGLAS, is an alien who was found in or reentered the United States after deportation or removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security in violation of Title 8, United States Code, Section 1326(a).

*Hector Rivera*
Hector Rivera
Deportation Officer Immigration and Customs Enforcement

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

*David G. M___*
~~XXXXXXXXXXXXXX~~ David R. Grand
United States Magistrate Judge

June 18, 2024